UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80091-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

SIRCOREY L. WILDER,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING SENTENCING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 70], dated December 17, 2014. Upon consideration, it is

    **ORDERED** and **ADJUDGED** that:

    1. The Magistrate Judge's Report and Recommendations are **adopted**.

    2. A sentencing hearing will be conducted on **Tuesday, January 6, 2015**, at **1:45 p.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

    **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 19th day of December, 2014.

**copy furnished:**
AUSA Aurora Fagan
Lauren E. Fleischer, Esq.
United States Marshal's Service
United States Probation Office

_____
Daniel T. K. Hurley
United States District Judge